UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Mark David Lonabaugh

Case No.: 21-16789
Chapter: 7
Judge: Hon. JNP, Jr.

### NOTICE OF PROPOSED ABANDONMENT

Maureen P. Steady, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on 11/16/21 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
905 Easy Street
Millville, NJ  08332

$299,900.00 (as reflected on Schedule A/B: "Debtor and his wife are both on title to the residence")

Liens on property:
$268,748.37

Amount of equity claimed as exempt:
$15,082.00

Objections must be served on, and requests for additional information directed to:

Name: Maureen P. Steady, Chapter 7 Trustee
Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-16789-JNP

Mark David Lonabaugh                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                                    Page 1 of 2
Date Rcvd: Oct 15, 2021            Form ID: pdf905                              Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark David Lonabaugh, 905 Easy St., Millville, NJ 08332-1587 |
| 519293824 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519293826 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2021 20:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2021 20:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519293819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 20:18:01 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519293820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 20:18:16 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519293821 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2021 20:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519293818 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 15 2021 20:18:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519293822 | | Email/Text: camanagement@mtb.com | Oct 15 2021 20:19:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519293823 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2021 20:19:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519293825 | | Email/Text: bankruptcy@td.com | Oct 15 2021 20:19:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 15, 2021 | Form ID: pdf905 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Denise E. Carlon
on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-8, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Garrett I. Elias
on behalf of Debtor Mark David Lonabaugh garrett@attorneyelias.com  info@recoverylawgroup.com

Maureen P. Steady
trustee@kurtzmansteady.com
mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4