Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.:  21−16789−JNP
            Chapter:  7
            Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark David Lonabaugh
   905 Easy St.
   Millville, NJ 08332

Social Security No.:
   xxx−xx−9658

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

     I  Kenyatta A. Johnson , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

905 Easy Street
Millville, NJ 08332

Dated: November 10, 2021
JAN: kaj

                                                          Jeanne Naughton
                                                          Clerk